# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MICHAEL BELANGER

VERSUS

SPENCER H. CALAHAN, L.L.C.,
SPENCER CALAHAN, JONATHAN D.
MAYEAU, BRADY PATIN, AND ABC
INSURANCE COMPANY

NO.  2021 CW 1022

**NOVEMBER 29, 2021**

---

In Re:    Michael Belanger, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 644691.

---

**BEFORE:    GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

   **WRIT DISMISSED.** The writ application is dismissed pursuant
to the joint motion to dismiss advising that the parties have
amicably resolved the matter which was the subject of the writ
application, and moving to dismiss the writ application.

**JMG**
**GH**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT